# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-52 (MTT) |
| | ) |
| ALPHONSO CLYDE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 42. The defendant was indicted on October 24, 2023, and had his arraignment in this Court on October 24, 2023. Docs. 12; 18. Two prior continuances have been granted. Docs. 29; 35. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for defendant's newly retained counsel to review discovery and file a motion to suppress. Doc. 42 ¶¶ 1-2. The Court has confirmed the government does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 42) is **GRANTED**. The case is continued from the March term until the Court's next trial term presently scheduled for **April 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 13th day of February, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT