IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALPHONSO CLYDE, | : | |
| | : | |
| Movant, | : | |
| v. | : | Case No. 5:23-cr-52-MTT-CHW-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | Proceedings Under 28 U.S.C. § 2255 |
| | : | Before the U.S. Magistrate Judge |
| Respondent. | : | |
| | : | |

## ORDER

This Court entered judgment against Movant Alphonso Clyde in October 2024. (Doc. 84). Clyde has now filed a one-page document in which he claims his lawyer has not communicated about his direct appeal. (Doc. 88) He also raises a question regarding possible relief pursuant to a sentencing guidelines amendment under 18 U.S.C. § 3582(c)(2) (Amendment 821). (*Id.*)

The issues that Clyde raises regarding his attorney could be raised in a motion under 28 U.S.C. § 2255. The usual practice when a § 2255 motion is filed is for the Court to conduct an initial review in accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts to determine if the § 2255 motion is subject to summary dismissal. The Court is unable to make that determination based on Clyde's current submission.

In the event that Clyde seeks to proceed with a § 2255 motion, he must file a recast § 2255 motion to vacate **within 30 days of the date of this order**, in which he must clearly enumerate all his grounds for habeas relief. If Clyde fails notify the Court of his decision or recast his motion, he risks the current, pending document being construed as a § 2255 motion and he will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other

than those set forth in the original motion. Pursuant to *Castro v. United States*, 540 U.S. 375, 377 (2003), Clyde is also **ADVISED** that if he wishes to proceed with a §2255 motion and fails to recast his § 2255 motion, so that his pending motion is characterized as a § 2255 motion, the filing will subject any future § 2255 motion to the restrictive conditions federal law imposes upon second or successive Section 2255 motions. *See* 28 U.S.C. § 2255(h). The Clerk of Court is **DIRECTED** to provide Clyde with a copy of the required § 2255 form petition.

It is further **ORDERED** that the United States Attorney **RESPOND** to the claims raised in Clyde's recast motion, if one is filed, or the original filing, if an amended motion or recast petition is not filed, by filing an answer or other responsive pleading pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts within **60 days** of the date of this order.

**SO ORDERED**, this 2nd day of June, 2025.

                                                s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge