IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALPHONSO CLYDE, | : |
| Movant, | : |
| | : Criminal No. 5:23-cr-52-MTT-CHW-1 |
| v. | : |
| | : Civil No. 5:25-cv-276-MTT-CHW |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

### ORDER

Movant Alphonso Clyde has filed a recast motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (Doc. 90). As his second ground for relief, Movant raises a claim of ineffective assistance of counsel relating to sentencing counsel's failure to file an appeal as requested (*Id*., p. 5). Movant's appellate allegations require an evidentiary hearing for resolution. *See Gomez-Diaz v. United States*, 433 F.3d 788, 792 (11th Cir. 2005) ("The district court erred in declining to hold an evidentiary hearing to establish the content of the communications between Petitioner and his attorney").

It is therefore **ORDERED** that an evidentiary hearing be scheduled as to the following issues:

(1) Whether sentencing counsel consulted with Movant regarding an appeal, and

(2) Whether Movant instructed sentencing counsel to appeal.

The Court finds that Defendant is financially unable to obtain adequate legal representation, requiring the court to provide counsel pursuant to provisions of the Criminal

1

Justice Act of 1964, 18 U.S.C. § 3006A, *et seq*. Attorney Margaret Strickler is hereby appointed to represent Movant for purposes of the evidentiary hearing, which will take place on Tuesday, December 9, 2025, at 10:00 a.m., in Courtroom E of the William Augustus Bootle Federal Courthouse in Macon, Georgia.

**SO ORDERED**, this 8th day of October, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge