**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **ALPHONSO CLYDE,** ) | |
| ) | |
| ) | |
| ) | |
| **Movant,** ) | |
| ) | **Criminal No. 5:23-cr-052 (MTT)** |
| **v.** ) | **Civil No.     5:25-cv-276 (MTT)** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting in part Movant Alphonso Clyde's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF 90). ECF 101. Having received no objections, the Court reviews the Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Magistrate Judge's Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (ECF 101) is **ADOPTED** and made the Order of the Court.

Accordingly, the Court **GRANTS** the portion of Clyde's motion alleging ineffective assistance of counsel for failure to file an appeal (ECF 90). The Court **VACATES** the judgment (ECF 84) and **RESENTENCES** Clyde to the same sentence previously imposed, so Clyde may commence a direct appeal. The Court will enter a new judgment consistent with this Order.

The Court informs Clyde of all the rights associated with an appeal from any criminal sentence, by providing an appeal information packet attached to this Order. In

-2-

addition, the Court informs Clyde that he has fourteen days, running from the date of the reimposed sentence, to file a notice of appeal. *See United States v. Phillips*, 225 F.3d 1198, 1201 (11th Cir. 2000) (Fed. R. App. P. 4(b)(1)(A)(i)).

The remainder of Clyde's § 2255 motion (ECF 90) is **DISMISSED without prejudice**.

**SO ORDERED**, this 18th day of June, 2026.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT